IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01941-RPM

JC BROOKS & COMPANY, INC.,

       Plaintiff,

v.

RICHARD E. GASH ELECTRIC COMPANY and
TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA,

       Defendants.

_____

ORDER DENYING MOTION TO MODIFY AND CONFIRM ARBITRATION AWARD
AND AMENDED MOTION TO MODIFY AND CONFIRM ARBITRATION AWARD
_____

      This civil action was initiated by a Motion to Modify and Confirm Arbitration Award filed pursuant to the Federal Arbitration Act. An Amended Motion to Modify Arbitration Award was filed October 2, 2008. Defendant Travelers Casualty & Surety Company of America filed a response on October 24, 2008, and the plaintiff filed its reply on November 10, 2008.

      Defendant Travelers Casualty & Surety Company of America has paid the full value of the award plus interest and the only matter in dispute is whether the three arbitrators exceeded their authority under the contract by failing to award KC Brooks & Company, Inc., its attorneys' fees as the prevailing party. Upon review of Part VIII of the award and the specific finding by the arbitrators that because KC Brooks & Company, Inc., proceeded on multiple claims, some of which were successful and some of which were not, the arbitrators had discretion to determine whether there was any prevailing party. That decision was entirely within the discretion of the arbitrators and

this Court has no jurisdiction to change it. Accordingly, it is

ORDERED that the plaintiff's motion and amended motion to modify arbitration award are denied and this civil action is dismissed.

DATED: November 21st, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge